# In the United States District Court for the Southern District of Georgia
## Brunswick Division

HEATHER TAYLOR,

    Plaintiff,

v.

TENNESSEE CREDIT MANAGEMENT, INC. d/b/a TCM, INC.,

    Defendant.

CV 224-078

### ORDER

Before the Court is Plaintiff Heather Taylor's notice of voluntary dismissal, dkt. no. 7, wherein she notifies the Court that she wishes to voluntarily dismiss this action with prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all of Plaintiff's claims against Defendant Tennessee Credit Management, Inc. are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

SO ORDERED, this 9 day of September, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA